Form 190BNC  (Revised 03/13/2014)

**United States Bankruptcy Court**
**District of South Carolina**

Case Number: 15–03216–hb            Chapter: 7

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*
Anthony's Electrical Contrating, LLC
PO Box 3770
Columbia, SC 29230

EIN: 20–2744257

| Entered By The Court 8/6/15 | FINAL DECREE, DISCHARGING TRUSTEE AND CLOSING CASE | Filed By The Court 8/6/15 Laura A. Austin Clerk of Court US Bankruptcy Court |

The estate of the above–named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

*Robert F. Anderson* is discharged as trustee of the estate of the above–named debtor(s) and the bond is cancelled.

The Chapter 7 case of the above named–debtor(s) is closed.

Columbia, South Carolina
August 6, 2015
Document 6

United States Bankruptcy Judge

United States Bankruptcy Court
District of South Carolina

In re:                                                                Case No. 15-03216-hb
Anthony's Electrical Contrating, LL                                   Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0420-3          User: lee              Page 1 of 1              Date Rcvd: Aug 06, 2015
                              Form ID: 190BNC        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2015.
db             +Anthony's Electrical Contrating, LLC,    PO Box 3770,    Columbia, SC 29230-3770

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: tmcleod@dew.sc.gov Aug 06 2015 21:34:25
                South Carolina Department of Employment and Workfo,    R. E. David Building,    P.O. Box 8597,
                Columbia, SC 29202-8597
                                                                                               TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2015                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 6, 2015 at the address(es) listed below:
              Eugene B. McLeod, III    on behalf of Creditor    South Carolina Department of Employment and
               Workforce tmcleod@dew.sc.gov, aproveaux@dew.sc.gov,LWilliams@dew.sc.gov
              Jason T. Moss    on behalf of Debtor    Anthony's Electrical Contrating, LLC jane@mossattorneys.com
              Robert F. Anderson    firm@andersonlawfirm.net, randerson@ecf.epiqsystems.com
              US Trustee's Office    USTPRegion04.CO.ECF@usdoj.gov
                                                                                               TOTAL: 4